# Third District Court of Appeal

## State of Florida

Opinion filed March 20, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0825
Lower Tribunal No. 22-14879
_____


**Samantha Mederos,**
Appellant,

vs.

**Edison Insurance Company,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Ariana Fajardo Orshan, Judge.

Shield Law Group of Florida, LLC, and Jamie Alvarez (Davie), for appellant.

Salehi, Boyer, Lavigne, Lombana P.A., and Oscar Lombana and Tanaz Salehi, for appellee.


Before EMAS, FERNANDEZ and MILLER, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Cantens v. Certain Underwriters at Lloyd's London</u>, 49 Fla. L. Weekly D360, 2024 WL 591695 (Fla. 3d DCA Feb. 14, 2024); <u>Rodriguez v. Fla. Peninsula Ins. Co.</u>, No. 3D23-608, 2024 WL 818734 (Fla. 3d DCA Feb. 28, 2024); <u>Cole v Universal Prop. & Cas. Ins. Co.</u>, 363 So. 3d 1089 (Fla. 4th DCA 2023). <u>Cf.</u> <u>Hughes v. Universal Prop. & Cas. Ins. Co.</u>, 374 So. 3d 900 (Fla. 6th DCA 2023).